UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YAKOV SHMUEL TOISIG, et al.,
            Plaintiffs,

v.

CHRISTINA BENSON, et al.,
            Defendants.
--------------------------------------------------------------x

<u>ORDER</u>

22 CV 10309 (VB)

On December 6, 2022, plaintiffs commenced this <u>pro se</u> action against defendants Christina Benson, Danielle Jose-Decker, Anna Kosovych, Police officer Buckley, The Organization for the Resolution of Agunot Inc., Yael Bailin, Keshet Starr, Raizel Toisig, and ten John and Jane Doe defendants. (Doc. #1).

On December 19, 2022, and again on January 20, 2023, counsel for defendants Benson, Jose-Decker, and Kosovych ("State Defendants") requested the Court extend their deadline to respond to the complaint. (Docs. ##5, 7). The Court granted both extensions. (Docs. ##6, 8).

On January 27, 2023, the State Defendants moved to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. #9).

By letter dated February 9, 2023, plaintiffs request a ten-day extension of their deadline to oppose the motion to dismiss. (Doc. #12).

Accordingly, it is HEREBY ORDERED:

1.    The Court extends plaintiffs' time to oppose the State Defendants' motion to dismiss to <u>February 21, 2023</u>.

2.    The State Defendants' reply, if any, is due <u>February 28, 2023</u>.

Chambers will mail a copy of this Order to plaintiffs at their address on the docket.

Dated: February 13, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge